# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA FRAHER, | Case No. 1:13-cv-01849-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE AND GRANTING PLAINTIFF THIRTY DAYS TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| ROBERT MITCHELL, et al., | |
| Defendants. | (Doc. 13) |

Plaintiff Cecilia Fraher, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 14, 2013. On February 25, 2015, Plaintiff filed a motion seeking leave to file supplemental evidence in support of her amended complaint, which was filed on July 28, 2014.

Although Plaintiff is entitled to seek leave to supplement her amended complaint to add facts relating to events which occurred after July 28, 2014, Fed. R. Civ. P. 15(d), her pleading must nonetheless be complete within itself without reference to prior or subsequent pleadings, Local Rule 220. Therefore, if Plaintiff wishes to add facts or exhibits to her amended complaint, she must file a second amended complaint that is complete within itself without reference to her prior pleading. In as much as Plaintiff's amended complaint will come before the Court for statutory screening in the near future, 28 U.S.C. § 1915A, the Court will grant Plaintiff thirty days within which to file a second amended complaint that is complete within itself, Local Rule 220. If

Plaintiff does not file a second amended complaint within thirty days, the Court will screen her first amended complaint, filed on July 28, 2014.

Accordingly, Plaintiff's motion for leave to file supplemental evidence is HEREBY DENIED, and Plaintiff is GRANTED **thirty (30) days** from the date of service of this order within which to file a second amended complaint, if she elects to do so.

IT IS SO ORDERED.

Dated:  **April 8, 2015**                              /s/ Sheila K. Oberto
                                                       UNITED STATES MAGISTRATE JUDGE

2